RICE, Judge.
Appeal dismissed, motion of appellant.

14 So.2d 912

### James CARDEN v. STATE.
### 7 Div. 717.

Court of Appeals of Alabama.
June 15, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

15 So.2d 921

### Pleas CARGILE v. STATE.
### 8 Div. 345.

Court of Appeals of Alabama.
June 22, 1943.

Rehearing Denied Oct. 5, 1943.

H. T. Foster, of Scottsboro, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

20 So.2d 891

### Annie Lou CARTER v. STATE.
### 6 Div. 156.

Court of Appeals of Alabama.
Dec. 12, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

12 So.2d 870

### Mit CARTER v. STATE.
### 8 Div. 324.

Court of Appeals of Alabama.
Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

14 So.2d 912

### Robert CARTER v. STATE.
### 8 Div. 346.

Court of Appeals of Alabama.
June 1, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

13 So.2d 896

### Thomas Jefferson CHAMBERS v. STATE.
### 4 Div. 770.

Court of Appeals of Alabama.
April 6, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.